UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICHARD COMERFORD,                )
                Plaintiff         )
                                  )
                                  )    C.A. No. 05-11399-MLW
                                  )
RICK A. SCHWEIGERT,               )
                Defendant         )

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

⊠    GRANTED.

⊠    The Clerk shall not issue a summons at this time pending further review of this case in accordance with 28 U.S.C. § 1915.

SO ORDERED.

October 11, 2005                    /s/ Mark L. Wolf
DATE                                MARK L. WOLF
                                    UNITED STATES DISTRICT JUDGE