```
                 UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| RICHARD COMERFORD,           ) | |
|     Plaintiff                        ) | |
|                                           ) | |
|                                           ) | C.A. No. 05-11399-MLW |
|                                           ) | |
| RICK A. SCHWEIGERT,                ) | |
|     Defendant                        ) | |

ORDER FOR RE-ASSIGNMENT OF CASE TO CHIEF JUDGE YOUNG

WOLF, D.J.

On June 2, 2005 Plaintiff filed a civil action against Rick A. Schweigert, Chief of the Army Board for Correction of Military Records, claiming violations of the Freedom of Information Act.

Upon review of the pleadings and dockets of this Court, it appears Plaintiff has pending before Chief Judge Young several related actions. See Comerford v. Massachusetts Nation, et al., 1: 99-cv-11712-WGY; Comerford v. Steward, 1:05-cv-10439-WGY; Comerford v. Chun, 1:05-cv-11731-WGY; Comerford v. Secretary of Defense, 1:05-cv-11776-WGY.

In accordance with Local Rule 40.1(e)(1)[1], it is hereby

---

[1]Local Rule 40.1(e) provides:

   Related Civil Cases.

   (1)  For purposes of this rule, a civil case is related to one previously filed in this court if some or all of the parties are the same and if one or more of the following circumstances also exists:  the cases involve the same or similar claims or defenses; or the same property, transaction or event; or the same patent, copyright or trademark; or substantially the same questions of fact and law.  This rule shall not apply if more

ORDERED that this action is RE-ASSIGNED to Chief Judge William G. Young, and the Clerk shall make the appropriate revisions to the docket.

All future filings in this action shall indicate the case number as C.A. 05-11399-WGY.

                                          /s/ Mark L. Wolf
                                          MARK L. WOLF
                                          UNITED STATES DISTRICT JUDGE

Dated: October 17, 2005

---

than two (2) years have elapsed since the closing of the previous action.